

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  14CR2268-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| FRANCISCO RIVERA-CASTORENA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for December 24, 2014, at 9:30 a.m. be continued to **Thursday, January 15, 2015, at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: 12/17/14

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE